**In the Matter of the Petition of NEW HAVEN TOWING COMPANY, as Owner of the Steamtugs HARRY A. COLLIER and DEWEY, Their Engines, Boilers, etc., for Exoneration From or Limitation of Liability.**

No. 405.

Circuit Court of Appeals, Second Circuit.

July 8, 1940.

**114**

Macklin, Brown, Lenahan & Speer, of New York City (Richard F. Lenahan, of New York City, of counsel), for petitioners-appellants.

Pyne & Lynch, of New York City (Warner Pyne, of New York City, Maurice S. Gerrish and Dudley C. Smith, of New York City, of counsel), for claimant-appellee.

Before SWAN, CLARK, and PATTERSON, Circuit Judges.

PER CURIAM.
Decree affirmed.